

**FILED**

JUN 2 1 2011

CLERK
U.S. BANKRUPTCY

By_____
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

<u>UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND</u>

DEBTOR:    <u>BOLERJACK, ROBERT GRANT BOLERJACK, COLLEEN NANNETTE</u>

CASE NO.:    <u>10-00112</u>

PLEASE CHECK ONE:

_____ UNCLAIMED DIVIDENDS

__X__ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Chase Bank, USA NA<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | 6 | $4.40 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$_____

TOTAL:    $____4.40____

RECEIPT #  21867
FEE AMT 4.40   INT. ⓑ

DATE: June 20, 2011

_____
TRUSTEE